UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN JUDE,

                              Plaintiff,

            -against-

NEW YORK STATE OFFICE OF MENTAL
HEALTH ("OMH"), et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/2/2022__

22-CV-7441 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff, who is currently incarcerated at Five Points Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983; the Americans with Disabilities Act of 1990, 42 USC § 12112 *et seq*; the Rehabilitation Act of 1973, 29 U.S.C. § 794; and the Humane Alternatives to Long-Term Solitary Confinement Act, N.Y. Correct. Law § 137. Plaintiff asserts that while confined at Sullivan Correction Facility, he was subjected to unconstitutional conditions of confinement, and was discriminated against because of his sensorial, physical, and mental disabilities. By order dated September 14, 2022, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

## DISCUSSION

### A.      Service on the Identified Defendants

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint

(2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants New York State Office of Mental Health; New York State Department of Corrections and Community Supervision ("DOCCS"); Ann Marie Sullivan; Danielle Dill; Gregory Savage; Anthony J. Annucci; Bryant Hilton; Jeff McKoy; Stacie Bennett; Wayne Jordan; and the Medical Director of DOCCS through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon each defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B.      Unidentified Defendant**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit  DOCCS to fully identify Defendant Morrow, a Commissioner or

---

and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

2

Hearing Officer whom Plaintiff seeks to sue. It is therefore ordered that the New York State

Attorney General, who is the attorney for and agent of DOCCS, must ascertain the identity of

Morrow and the address where this defendant may be served. The New York State Attorney

General must provide this information to Plaintiff and the Court within sixty days of the date of

this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint

providing the full name and service address of Morrow. The amended complaint will replace, not

supplement, the original complaint. An amended complaint form that Plaintiff should complete is

attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the

amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the

USM-285 form with the address for the newly named defendant and deliver all documents

necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants New York State

Office of Mental Health; New York State Department of Corrections and Community

Supervision; Ann Marie Sullivan; Danielle Dill; Gregory Savage; Anthony J. Annucci; Bryant

Hilton; Jeff McKoy; Stacie Bennett; Wayne Jordan; and the Medical Director of DOCCS,

complete the USM-285 forms with the addresses for these defendants, and deliver to the U.S.

Marshals Service all documents necessary to effect service.

The Clerk of Court is directed to mail a copy of this order and the complaint to the New

York State Attorney General at: 28 Liberty Street, New York, New York 10005. An amended

complaint form is attached to this order.

The Clerk of Court is also directed to mail an information package and copy of this Order

to Plaintiff.

SO ORDERED.

Dated:     November 2, 2022
           White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1.  New York State Office of Mental Health
    44 Holland Avenue
    Albany, New York 12229

2.  New York State Department of Corrections and Community Supervision
    The Harriman State Campus, Building 2
    1220 Washington Avenue
    Albany, New York 12226

3.  Ann Marie Sullivan
    Commissioner of OMH
    New York State Office of Mental Health
    44 Holland Avenue
    Albany, New York 12229

4.  Danielle Dill
    Executive Director of OMH
    New York State Office of Mental Health
    44 Holland Avenue
    Albany, New York 12229

5.  Gregory Savage
    Mental Health Unit Chief
    Sullivan Correctional Facility
    325 Riverside Drive
    P.O. Box 116
    Fallsburg, New York 12733-011

6.  Anthony Annucci
    Acting Commissioner, New York State DOCCS
    The Harriman State Campus, Building 2
    1220 Washington Avenue
    Albany, NY 12226-2050

7.  Bryant Hilton
    Associate Commissioner of Mental Health
    New York State DOCCS
    The Harriman State Campus, Building 2
    1220 Washington Avenue
    Albany, New York 12226

8.     Jeff McKoy
       Deputy Commissioner of Programs
       New York State DOCCS
       The Harriman State Campus, Building 2
       1220 Washington Avenue
       Albany, New York 12226

9.     Stacie Bennett
       Acting Superintendent
       Sullivan Correctional Facility
       325 Riverside Drive
       P.O. Box 116
       Fallsburg, New York 12733-011

10.    Wayne Jordan
       Lieutenant
       Sullivan Correctional Facility
       325 Riverside Drive
       P.O. Box 116
       Fallsburg, New York 12733-011

11.    Medical Director of DOCCS
       New York State DOCCS
       The Harriman State Campus, Building 2
       1220 Washington Avenue
       Albany, New York 12226

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____
Write the full name of each plaintiff.


-against-


_____

_____

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

_____CV_____
(Include case number if one has been
assigned)

**AMENDED
COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes     ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

## I.      LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.     PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name                    Middle Initial              Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City                              State                    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 2:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 4:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

## V.     STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____