USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/21/2024

# LAW OFFICES OF
# ANDREW J. SPINNELL, LLC
Attorneys At Law
295 Madison Avenue, 12th Floor
New York, New York 10017

ADMITTED IN NEW YORK
and
UNITED STATES SUPREME COURT

Andrew J. Spinnell

TEL: (212) 684-0317
FAX: (212) 696-2611

EMAIL: spinnellaw@aol.com
WEBSITE: andrewjspinnell.com

**BY SDNY ECF**

March 13, 2024

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: Jude v. NYS Office of Mental Health, et al.
Docket No. 22-CV-7441-NSR

Dear Judge Roman:

Yesterday, I had a lengthy legal telephone call with Mr. Jude. He requested that I write to Your Honor to ask that Your Honor not dismiss his case for lack of prosecution since he cannot represent himself and proceed Pro se at this time given his present circumstances.

He is still on 24-hour suicide watch as he has been since January 24, 2024, and is unable to receive any legal mail or make any outgoing phone calls to me, his family, or anyone else. He has no privileges since he is in an observation cell in the Diversion Unit wearing only a smock and without any personal property including his tablet, and cannot use the law library, which he loves. He has requested an emergency Restraining Order and an Injunction, so he needs an experienced prisoner's rights attorney, which I am not. He has spoken to experienced prisoner's rights attorney Amy Agnew who is trying to find pro bono attorneys from Gibson Dunn to represent Mr. Jude in the companion case before Judge Seibel. Perhaps they will also appear for him in this case. I any event She said these attorneys will need at least two weeks to receive their firm's approval to handle Mr. Jude's case pro bono.

On behalf of Mr. Jude, I respectfully request that Your Honor issue a temporary stay in this case until a new attorney appears for Mr. Jude.

I thank Your Honor for all the courtesies extended to me and Mr. Jude.

**MEMO ENDORSED**

**The Court grants the requested stay. The case is temporarily stayed until May 6, 2024. The Court further directs the Clerk of Court to mail a copy of this endorsement to *pro se* Plaintiff at Plaintiff's address listed on ECF and to show service on the docket.**

**Dated: March 21, 2024**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Respectfully submitted,

*[signature]*

ANDREW J. SPINNELL (4917)

cc: Asst. Attorney General Robert Feliu (by email and ECF)