UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN JUDE,

                Plaintiff,

-against-

NEW YORK STATE OFFICE OF MENTAL HEALTH ("OMH"), et al.,

                Defendants.

22-CV-7441 (NSR)

**ORDER OF DISCONTINUANCE**

---

NELSON S. ROMÁN, United States District Judge:

    Pursuant to the Global Stipulation of Settlement and Discontinuance Pursuant to FRCP 41(a) so ordered by Judge Lawrence J. Villardo in *Jude v. New York State Department of Corrections and Community Supervision, et al.,* 1:21-cv-00654-LJV-LGF (W.D.N.Y.), the claims in this action are settled. (*See* ECF No. 95.) As a result, this matter is deemed discontinued. The Clerk of Court is kindly directed to mail a copy of this Order to Plaintiff at the address listed on ECF, show service on the docket, and close this case.

Dated: October 25, 2024
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2024